UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00209-FDW-DSC

| ROBIN CARON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MICROSOFT CORPORATION, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Strike (Doc. No. 17) the Certification of Initial Attorney's Conference and Proposed Discovery Plan (Doc. No. 16) ("CIAC Report"). Defendant has responded in opposition, and in so doing, also requested the Court award attorneys' fees or other relief (Doc. No. 19).

Although Plaintiff appears to present a prior draft of the CIAC Report exchanged between the parties (see Doc. No. 20-1, Exhibit 3) that differs from the CIAC Report actually filed in this case (Doc. No. 16), the Court sees no need to strike the CIAC Report, particularly because it is not binding on the Court. In so doing, the Court refers both parties to this Court's Standing Orders, as well as the Case Management Order to be issued, which govern this case and the discovery obligations of the parties. In light of the issues raised in the CIAC, the Court particularly directs the parties to this Court's Standing Protective Order for Civil Cases Before the Honorable Frank D. Whitney, Miscellaneous No. 3:07-MC-47 (Doc. No. 3). Should the parties continue to be unable to resolve the issues concerning a protective order, a party may make a motion for such protective order to be entered, and the magistrate judge assigned to this case can resolve such dispute in an order.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Strike (Doc. No. 17) is DENIED. A case management order shall follow.

IT IS SO ORDERED.

Signed: October 9, 2013

Frank D. Whitney
Chief United States District Judge